UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 07-81013-CIV-MARRA/JOHNSON

ASHLEY VACCARO,  )
on her own behalf and others  )
similarly situated,  )
 )
       Plaintiff,  )
v.  )
 )
CANDIDATES ON DEMAND GROUP,  )
INC., a foreign corporation,  )
 )
       Defendant.  )
_____/

## NOTICE OF SETTLEMENT

Defendant CANDIDATES ON DEMAND GROUP, INC., by and through undersigned counsel, hereby notifies this Honorable Court that the parties have reached a settlement of the instant action. The parties are finalizing the settlement documents, and will file a Joint Stipulation of Dismissal With Prejudice as soon as the relevant settlement paperwork is finalized.

DATED this 4th day of June 2008.

                              Respectfully submitted,

                              LITTLER MENDELSON, P.C.
                              One Biscayne Tower, Suite 1500
                              Two South Biscayne Blvd.
                              Miami, FL  33131
                              Tel:  (305) 400-7500
                              Fax: (305) 603-2552

By: */s/ Lori A. Brown*
                                  Lori A. Brown, Esq.
                                  Florida Bar No. 0846767
                                  E-mail: *labrown@littler.com*

                              *COUNSEL FOR DEFENDANT*

- 2 -

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 4th day of June, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Lori A. Brown
Lori A. Brown

## SERVICE LIST
*Vaccaro v. Candidates On Demand Group, Inc.*
**Case No: 07-81013-CIV-MARRA/JOHNSON**
**United States District Court, Southern District of Florida**

Gregg I. Shavitz, Esq.
E-mail: gshavitz@shavitzlaw.com
Hal B. Anderson, Esq.
E-mail: hal.anderson@shavitzlaw.com
SHAVITZ LAW FIRM, P.A.
1515 S. Federal Highway
Suite 404
Boca Raton, FL 33432
Telephone:     561.447.8888
Facsimile:     561.447.8831

*Counsel for Plaintiff*
*(Served via transmission of Notices of*
*Electronic Filing generated by CM/ECF)*


Lori A. Brown, Esq.
E-mail: labrown@littler.com
Aaron Reed, Esq.
E-mail: areed@littler.com
LITTLER MENDELSON, P.C.
One Biscayne Tower
2 South Biscayne Blvd., Ste. 1500
Miami, FL  33131
Telephone:     305.400.7500
Facsimile:     305.603.2552

*Counsel for Defendant*
*(Served via transmission of Notices of*
*Electronic Filing generated by CM/ECF)*


Firmwide:85430504.1 058463.1001